1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6    United States of America

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )  1:13-cr-00136-AWI-BAM
10  UNITED STATES OF AMERICA,        )
                                    )
11              Plaintiff,           )
                                    )  **STIPULATION AND  PROTECTIVE**
12                                   )  **ORDER BETWEEN THE UNITED**
            v.                       )  **STATES AND DEFENDANT CHANROU**
13                                   )  **YATH**
                                    )
14  CHANROU YATH,                    )
                                    )
15                                   )
                Defendant.           )
16  _____  )

17
        WHEREAS, the discovery in this case is voluminous and contains a
18
    large amount of personal and confidential information including but not
19
    limited to Social Security numbers, dates of birth, bank account
20
    numbers, telephone numbers, and residential addresses ("Protected
21
    Information"); and
22
        WHEREAS, the parties desire to avoid both the necessity of large
23
    scale redactions and the unauthorized disclosure or dissemination of
24
    this information to anyone not a party to the court proceedings in this
25
    matter;
26
        The parties agree that entry of a stipulated protective order is
27
    appropriate.
28

THEREFORE, Defendant Chanrou Yath ("Defendant"), by and through his counsel of record, Mark Broughton ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Grant B. Rabenn, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and

will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked. Defense Counsel agrees to return the discovery to the Government in its complete form if the terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: April 25, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                          By:        /s/ Grant B. Rabenn
                                     GRANT B. RABENN
                                     Assistant U.S. Attorney

DATED: April 25, 2013   By:          /s/ Mark A. Broughton
                                     MARK A. BROUGHTON
                                     Attorney for Defendant

IT IS SO ORDERED.

Dated:   May 1, 2013                 _____
                                     SENIOR DISTRICT JUDGE