1  **MARK W. COLEMAN #117306**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
   CHANROU YATH
6

7
                **UNITED STATES DISTRICT COURT**
8
                **EASTERN DISTRICT OF CALIFORNIA**
9
                           * * * * * *
10
   UNITED STATES OF AMERICA,          Case No.: 1:13-CR-00136-AWI-BAM
11
        Plaintiff,
12
        vs.                           **SUBSTITUTION OF ATTORNEYS**
13
   CHANROU YATH, et al.
14
        Defendant.
15

16
        Defendant, CHANROU YATH, hereby requests leave of court to substitute MARK W.
17
   COLEMAN, of the LAW OFFICES of NUTTALL & COLEMAN, as her attorney of record, in place
18
   and instead of MARK BROUGHTON, OF HAMMERSCHMIDT BROUGHTON LAW
19
   CORPORATION, 2445 Capitol Street, Suite 150, Fresno, California 93721
20
   DATED: May 1, 2013.
21

22                                     /s/ Chanrou Yath
                                       _____
23                                     CHANROU YATH

24  I CONCUR WITH SAID SUBSTITUTION.

25  DATED: May 2, 2013.               HAMMERSCHMIDT BROUGHTON
                                       LAW CORPORATION
26

27                                     /s/ Mark Broughton
                                       _____
28                                     MARK BROUGHTON

I AGREE TO THE ABOVE SUBSTITUTION.

DATED: May 8, 2013.                                NUTTALL & COLEMAN


                                                   /s/ Mark W. Coleman
                                                   _____
                                                   MARK W. COLEMAN

* * * * * *

**O R D E R**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that MARK BROUGHTON, is hereby relieved as attorney of record in this matter, and MARK COLEMAN is substituted in as attorney of record for Defendant, CHANROU YATH.

DATED: _____.


                                                   _____
                                                   The Honorable BARBARA A. MCAULIFFE