1 **MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant,
CHANROU YATH
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9
\* \* \* \* \* \*
10
| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANROU YATH, et al.<br><br>Defendant. | Case No.: 1:13-CR-00136-AWI-BAM<br><br>**SUBSTITUTION OF ATTORNEYS**;<br><br>ORDER |

16
17   Defendant, CHANROU YATH, hereby requests leave of court to substitute MARK W.
18 COLEMAN, of the LAW OFFICES of NUTTALL & COLEMAN, as her attorney of record, in place
19 and instead of MARK BROUGHTON, OF HAMMERSCHMIDT BROUGHTON LAW
20 CORPORATION, 2445 Capitol Street, Suite 150, Fresno, California 93721
21 DATED: May 1, 2013.

22                                        /s/ Chanrou Yath
                                          _____
23                                        CHANROU YATH

24 I CONCUR WITH SAID SUBSTITUTION.

25 DATED: May 2, 2013.            HAMMERSCHMIDT BROUGHTON
                                  LAW CORPORATION
26

27                                /s/ Mark Broughton
                                  _____
28                                MARK BROUGHTON

I AGREE TO THE ABOVE SUBSTITUTION.

DATED: May 8, 2013.                           NUTTALL & COLEMAN


                                  /s/ Mark W. Coleman
                              _____
                              MARK W. COLEMAN
                              * * * * * *

**O R D E R**

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that MARK BROUGHTON, is hereby relieved as attorney of record in this matter, and MARK COLEMAN is substituted in as attorney of record for Defendant, CHANROU YATH (5).

IT IS SO ORDERED.

**Dated:   May 8, 2013**              **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE