**FREDRICKSON, MAZEIKA & GRANT, LLP**
5720 Oberlin Drive
San Diego, CA 92121
Telephone: (858) 642-2002/ Facsimile (858) 642-2001
Peter S. Gregorovic, Esq.
(CA Bar No. 134950)

Attorneys for WESTSIDE PLAZA PHARMACY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>CHANROU YATH,  )<br>  )<br>            Defendant.  )<br>  ) | Case No. 13-CR-00136<br><br>**OBJECTION TO SUBPOENA IN CRIMINAL CASE**<br><br>Date:    April 28, 2014<br>Time:    1:00 p.m.<br>Place.:  United States District Court<br>         2500 Tulare Street<br>         Fresno, CA 93721 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WESTSIDE PLAZA PHARMACY hereby objects to the Subpoena in a Criminal Case served by CHANROU YATH on the grounds that the Subpoena and attached Documents to be Produced request is overly broad and violates HIPAA regulations, including 45 CFR 164.512(e).

The Subpoena seeks testimony and documents pertaining to medical patient information (prescription orders) for Chanrou a.k.a. Carey Yath. In accordance with HIPAA regulations, including 45 CFR 164.512(e), this subpoena is ineffective as the subpoena was neither issued in response to a Court order or with the requisite statutory assurances.

/ / /

/ / /

Absent such Court order and/or the requisite assurances and notice, WESTSIDE PLAZA PHARMACY is unable to comply with this non-compliant subpoena.

This subpoena further compels attendance of an entity and not of a natural person and in this regard, personal appearance of the entity is vague and the subpoena is ineffective to command compliance.

DATED: April 10, 2014          FREDRICKSON, MAZEIKA & GRANT, LLP


By: ___/s/ *Peter S. Gregorovic*___
    Peter S. Gregorovic, Esq.
    pgregorovic@fmglegal.com
    Attorneys for WESTSIDE PLAZA PHARMACY

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>UNITED STATES OF AMERICA v. CHANROU YATH. | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Peter S. Gregorovic, Esq., #134950<br>FREDRICKSON, MAZEIKA & GRANT, LLP<br>5720 Oberlin Drive<br>San Diego, CA 92121<br>858-642-2002; Fax: 858-642-2001 | | |
| ATTORNEY(S) FOR:<br>**WESTSIDE PLAZA PHARMACY** | HEARING: APRIL 28, 2014<br>TIME: 1:00 P.M. | CASE NUMBER:<br>13-CR-00136 |

## CERTIFICATE AND DECLARATION OF SERVICE

I am employed in the City of San Diego, County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 5720 Oberlin Drive, San Diego, California 92121-1723:

On April 10, 2014, I served the foregoing document entitled

1. **OBJECTION TO SUBPOENA IN CRIMINAL CASE**

Said documents were served as follows:

> Mark W. Coleman, Nuttall & Coleman,
> 2445 Capitol Street, Ste. 150, Fresno, CA
> mark@nuttallcoleman.com
>
> Grant Benjamin Rabenn, U.S. Attorney
> Grant.rabenn@usdoj.gov
>
> Fresno Forfeiture Unit, U.S. Attorney's Office, 2500 Tulare Street, Ste. 4401, Fresno, CA 93721
> Usacae.ecffrsfor@usdoj.gov

☐ **BY MAIL TO THIRD PARTY WITNESS**: I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

---

DECLARATION OF SERVICE

XX    (BY ECF FILING) I caused such documents to be served via ECF Filing to the addressees as indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 10, 2014, at San Diego, California.

/s/ Alice L. Ross
ALICE L. ROSS

---

DECLARATION OF SERVICE