BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00136 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| v. | DATE: July 28, 2014 |
| CHANROU YATH, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

Defendant, CHANROU YATH, through her counsel, Mark Coleman, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Grant B. Rabenn, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea hearing on **July 28, 2014 at 10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

///
///
///
///
///

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

1

IT IS SO STIPULATED.

DATED: July 24, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

DATED: July 24, 2014

/s/ Mark Coleman
MARK COLEMAN
Counsel for Defendant
Chanrou Yath

**O R D E R**

IT IS SO ORDERED.

Dated:  July 25, 2014

SENIOR DISTRICT JUDGE

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

2