BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:13-CR-00136-AWI-BAM |
| | ) |
| Plaintiff, | ) DECLARATION OF PUBLICATION |
| | ) |
| v. | ) |
| | ) |
| CHANROU YATH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on August 27, 2014 and ending on September 25, 2014.

Attached hereto as Attachment 1 is a true and correct copy of the Notice of Forfeiture I caused to be published on the official government internet site www.forfeiture.gov.

Attached hereto as Attachment 2 is a true and correct copy of the Advertisement Certification Report that I printed from the Department of Justice Consolidated Asset Tracking System (CATS), a

1                    Declaration of Publication

database designed to track, throughout the forfeiture life-cycle, assets seized by federal law enforcement agencies. Attachment 2 shows that the Notice of Forfeiture (Attachment 1) was published for 30 consecutive calendar days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2014, at Fresno, California.

/s/ Elisa M. Rodriguez
ELISA M. RODRIGUEZ
FSA Paralegal III
(Original signature retained by attorney)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: 1:13-CR-00136-AWI-BAM; NOTICE OF FORFEITURE

Notice is hereby given that on August 21, 2014, in the case of <u>U.S. v. Chanrou Yath</u>, Court Case Number 1:13-CR-00136-AWI-BAM, the United States District Court for the Eastern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $147,900.00 in U.S. Currency seized from Bank of America Safety Deposit Box Number 4226N (12-IRS-001828) which was seized from Bank of America on September 25, 2012, at 3416 McHenry Avenue, Modesto, California

Approximately $7,500 in U.S. Currency seized from an U.S. Express Mail envelope en route from Lowell, Massachusetts to Modesto, California (12-IRS-002338) which was seized on September 25, 2012

Yugo 59/60 model semi-automatic firearm with serial number K423900, and ammunition located inside magazine;

Norinco SKS model semi-automatic firearm with serial number 013018-DB013018;

Savage Arms Mark 2 model semi-automatic firearm with serial number 0461075;

Ruger 10/22 model semi-automatic firearm with serial number 24292833;

Winchester 68-22 model firearm with unknown serial number;

Norinco 90 model 12-gauge shotgun with serial number 0028157;

Sterling Arms CASSI model grease gun style firearm with serial number 586960215SC2626;

Phoenix Arms HP22 model firearm with serial number     4173214;

Smith & Wesson Air-weight 38 special model firearm with serial number 27050, and ammunition located inside magazine;

Smith & Wesson Air-weight 38 special model firearm with serial number 27050, and ammunition located inside magazine;

Taurus PT 247 pRO model firearm with serial number NZA81494, and ammunition located inside magazine;

Gabilondo Llama 9mm firearm with serial number 212778;

Phoenix Arms HP22 model firearm with serial number 4097953, and ammunition located inside magazine;

Colt Automatic 22 model firearm with serial number 38829;

Ruger Mark 3 model firearm with serial number 22712865;

Springfield Armory xd 9 model firearm with serial number US862231, and ammunition located inside magazine;

Para Ordinance C7-45LDA model firearm with serial number CC1428, and ammunition located inside magazine;

Norinco 54-1 model firearm with serial number 5011651;

Smith & Wesson 38+P model firearm with serial number 5001502, and ammunition located inside magazine;

Glock 22 model firearm with serial number GVN475, and ammunition located inside magazine;

FNMI 49 model firearm with serial number 517MM10580;

Mach 10 Cobray model upper part with unknown serial number;

Glock 21 pistol with obliterated serial number;

Remington 870 shotgun with serial number D693276M;

Apple Desktop SN QP0370SVDNP;

Apple Desktop SN W89133646X1;

Dell Tower 300 SN4HWHZ61;

HP Laptop SN CND8511SGO; and

Canon Printer SN GFX80G1

(12-IRS-002339)

   The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 27, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2500 Tulare Street, First Floor, Fresno, CA 93721, and a copy served upon Assistant United States Attorney Grant B. Rabenn, 2500 Tulare Street, 4401 Federal Building, Fresno, CA  93721. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and

circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 27, 2014 and September 25, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Chanrou Yath

**Court Case No:** 1:13-CR-00136-AWI-BAM
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/27/2014 | 24.0 | Verified |
| 2 | 08/28/2014 | 24.0 | Verified |
| 3 | 08/29/2014 | 24.0 | Verified |
| 4 | 08/30/2014 | 24.0 | Verified |
| 5 | 08/31/2014 | 24.0 | Verified |
| 6 | 09/01/2014 | 24.0 | Verified |
| 7 | 09/02/2014 | 24.0 | Verified |
| 8 | 09/03/2014 | 24.0 | Verified |
| 9 | 09/04/2014 | 24.0 | Verified |
| 10 | 09/05/2014 | 24.0 | Verified |
| 11 | 09/06/2014 | 24.0 | Verified |
| 12 | 09/07/2014 | 24.0 | Verified |
| 13 | 09/08/2014 | 24.0 | Verified |
| 14 | 09/09/2014 | 24.0 | Verified |
| 15 | 09/10/2014 | 24.0 | Verified |
| 16 | 09/11/2014 | 24.0 | Verified |
| 17 | 09/12/2014 | 24.0 | Verified |
| 18 | 09/13/2014 | 23.8 | Verified |
| 19 | 09/14/2014 | 24.0 | Verified |
| 20 | 09/15/2014 | 24.0 | Verified |
| 21 | 09/16/2014 | 24.0 | Verified |
| 22 | 09/17/2014 | 23.8 | Verified |
| 23 | 09/18/2014 | 24.0 | Verified |
| 24 | 09/19/2014 | 24.0 | Verified |
| 25 | 09/20/2014 | 24.0 | Verified |
| 26 | 09/21/2014 | 24.0 | Verified |
| 27 | 09/22/2014 | 23.9 | Verified |
| 28 | 09/23/2014 | 24.0 | Verified |
| 29 | 09/24/2014 | 24.0 | Verified |
| 30 | 09/25/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.