**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
CHANROU YATH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANROU YATH,<br><br>Defendants. | Case No.: 1:13 CR 00136-005 AWI<br><br>FORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |

Defendant, CHANROU YATH, by and through her counsel, MARK W. COLEMAN of NUTTALL & COLEMAN, submits the following as her Formal Objections to the Presentence Investigation Report

With regard to paragraph 17, on page 8, Defendant objects to the finding that she was not viewed as a minor participant in this offense. Furthermore, Defendant objects to the finding that she was an active participant in the conspiracy and that she assisted in the trafficking of oxycodone, hydrocodone and medical marijuana, and that she transported and mailed the medication to the state of Washington to Ruem, Chim, Doeum and others.

There is no evidence that Defendant was involved in any respect in the transporting or the mailing of the medication from California to Washington. Her lack of knowledge and understanding of the scope of the activities of her co-conspirators with regard to the transportation of the medication and the fact that she was merely following the orders of those much more culpable with

regard to the maintenance of her bank accounts, all serve to mitigate her role in the alleged conspiracy.

Dated: November 3, 2014                Respectfully Submitted,

                                       NUTTALL & COLEMAN

                                       /s/ Mark W. Coleman

                                       _____
                                       MARK W. COLEMAN
                                       Attorney for Defendant,
                                       CHANROU YATH