**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
CHANROU YATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANROU YATH,<br><br>Defendants. | Case No.: 1:13 CR 00136-005 AWI<br><br>SENTENCING MEMORANDUM |

Defendant, CHANROU YATH, by and through her counsel, MARK W. COLEMAN of NUTTALL & COLEMAN, submits the following Sentencing Memorandum.

Defendant would request that this court adopt the Plea Agreement reached between the parties of 37 months.

Although the Defendant filed formal objections to the Presentence Investigation Report, they were factual disputes between the Defendant and the Probation Office, which Defendant believes should be changed before the Defendant is sentenced to prison.  These objections were not intended to alter the agreement reached between the Defendant and the United States Attorney, but only for clarification of the report, as the report may affect the Defendant's security classification when she is sent to prison.

///

///

1  In short, the defendant agrees that she was involved in the money laundering but denies that
2  she was directly involved in mailing drugs anywhere outside the state.

3  Dated: November 21, 2014            Respectfully Submitted,

4                                      NUTTALL & COLEMAN

5                                      /s/ Mark W. Coleman

6                                      _____
                                       MARK W. COLEMAN
                                       Attorney for Defendant,
7                                      CHANROU YATH