**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Chanrou Yath )<br>)<br>) | **Docket No.: 1:13CR00136-005 AWI** |

On December 1, 2014, the above-named supervisee was sentenced to the custody of the Bureau of Prisons for a period of 37 months and to a term of Supervised Release for a period of 3 years. Supervision commenced on December 24, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian
Marlene K. DeOrian
Sr. United States Probation Officer

Dated:   March 8, 2017
         Fresno, California
         MKD

             /s/ Tim D. Mechem

**REVIEWED BY:**   **Tim D. Mechem**
                  **Supervisory United States Probation Officer**

**Re:** **Chanrou Yath**
    **Docket No: 1:13CR00136-005 AWI**
    **Report and Order Terminating Supervised Release**
    **Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Chanrou Yath be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   March 10, 2017                                    _____
                                                                              SENIOR DISTRICT JUDGE